United States Bankruptcy Court
District of Massachusetts

In re:                                                                Case No. 19-40474-cjp
Nassim S. Aoude                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4          User: admin              Page 1 of 3              Date Rcvd: Apr 01, 2019
                              Form ID: 309aauto        Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.
```
db         +Nassim S. Aoude,    285 Boston Turnpike,    Shrewsbury, MA 01545-2635
smg         MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,    Boston, MA   02114-9564
20296994   +Aflac,    1932 Wynnton Road,    Columbus, GA 31999-0002
20296995   +Aldous & Associates,    PO Box 171374,    Holladay, UT 84117-1374
20296996   +Allied Account Services Inc.,    422 Bedford Avenue,    Bellmore, NY 11710-3564
20296997   +American Coradius International LLC,    2420 Sweet Home Road,    Suite 150,
             Amherst, NY 14228-2244
20296999   +Anytime Fitness,    c/o ABC Financial,    PO Box 6800,    North Little Rock, AR 72124-6800
20297000   +Autism Intervention Specialists, LLC,    324 Grove Street,    Worcester, MA 01605-3936
20297002   +Baker, Braverman & Barbadoro, PC,    300 Crown Colony Drive, Ste 500,    Quincy, MA 02169-0904
20297005   +Behavioral Concepts Inc.,    Dr. Jeffrey R. Robinson,    5 Cedar Ridge Lane,
             Mansfield, MA 02048-3284
20297016   +CPI,    10850 W. Park Place, Ste 600,    Milwaukee, WI 53224-3640
20297014    City of Worcester,    Attn: Sandra J. Flynn, Treasurer,    City Hall, Rm 203,
             Worcester, MA 01608
20297015   +Clayton and Myrick, PLLC,    PO Box 292,    Durham, NC 27702-0292
20297018   +Crunch Fitness - Worcester,    40 Millbrook Street,    Worcester, MA 01606-2836
20297021   +Eaglestar Security, Inc.,    PO Box 1350,    Douglas, MA 01516-1350
20297022   +Eversource,    PO Box 56007,    Boston, MA 02205-6007
20297023   +Financial Pacific Leasing,    3455 S. 344th Way, Ste 300,    Federal Way, WA 98001-9546
20297025   +George A. Hewett, Esq.,    Davis, Malm & D'Agostine, PC,    One Boston Place,
             Boston, MA 02108-4407
20297026   +Harleysville Worcester Ins. Co.,    120 Front Street,    Worcester, MA 01608-1408
20297027   +Hernando Romero MD,    30 Edward Street,    Worcester, MA 01605-2946
20297029   +Internal Credit Systems, Inc.,    PO Box 52088,    Durham, NC 27717-2088
20297031   +Jackson Lewis, PC,    PO Box 416019,    Boston, MA 02241-6019
20297032   +Law Office of Davis & Grenier,    300 West Main Street A-1,    Northborough, MA 01532-2132
20297033   +Liberty Mutual Insurance,    175 Berkeley Street,    Boston, MA 02116-3350
20297034   +MA DOR,    Tax Division,    200 Arlington Street, Rm 4300,    Chelsea, MA 02150-2331
20297035   +MA DUA,    Charles F. Hurley Building,    19 Staniford Street,    Boston, MA 02114-2502
20297038   +MRS Associates of New Jersey,    1930 Olney Aveue,    Cherry Hill, NJ 08003-2016
20297036   +Matthew A. Porter, Esq.,    Jackson Lewis, P.C.,    75 Park Plaza, 4th Floor,
             Boston, MA 02116-3934
20297037   +Mercantile,    165 Lawrence Bell Drive,    Suite 100,    Williamsville, NY 14221-7900
20297263   +Nassim S. Aoude,    17 Bluegrass Lane,    Shrewsbury, MA 01545-4263
20297039   +National Grid,    PO Box 960,    Northborough, MA 01532-0960
20297040   +Nationwide,    Processing Center,    PO Box 37712,    Philadelphia, PA 19101-5012
20297041   +Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
20297042   +P. Pellegrino Trucking Co., Inc.,    PO Box 511,    Shrewsbury, MA 01545-0511
20297043   +Patrick J. Dolan, Esq.,    Cornell Dolan, PC,    One International Place, Ste 1400,
             Boston, MA 02110-2619
20297044   +PayPal, Inc.,    221 North First Street,    San Jose, CA 95113
20297045   +Pearson,    5601 Green Valley Drive,    Bloomington, MN 55437-1187
20297046   +Peter J. Duffy, Esq.,    Pollack Solomon Duffy LLP,    101 Huntington Avenue, Ste 530,
             Boston, MA 02199-7728
20297048   +QBS, Inc.,    49 Plain Street, Ste 200,    North Attleboro, MA 02760-4193
20297049   +Receivable Management Services,    Recovery Division LLC,    PO Box 361348,
             Columbus, OH 43236-1348
20297050   +Regus Management Group LLC,    15305 Dallas Parkway,    Suite 1400,    Addison, TX 75001-6773
20297051   +Robert L. Pyles, M.D.,    367 Worcester Street,    Wellesley Hills, MA 02481-5346
20297052    Rose Insurance Agency LLC,    418 Insurance Agency LLC,    Derby, CT 06418
20297055   +Thomas J. Hamel, Esq.,    Courtney, Lee & Hamel P.C.,    31 Wendell Avenue,
             Pittsfield, MA 01201-6310
20297056   +Travelers,    PO Box 26385,    Richmond, VA 23260-6385
20297057   +Travelers Direct Assignment,    c/o Windham Professionals, Inc.,    382 Main Street,
             Salem, NH 03079-2412
20297061   +US Small Business Administration,    2120 Riverfront Drive, Ste 100,    Attn: Veronica Kirtley,
             Little Rock, AR 72202-1794
20297060   +US Small Business Administration,    409 3rd Street, SW,    Wahington, DC 20418-0001
20297058   +United Collection Bureau, Inc.,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
20297059   +UnitedHealthcare,    Attn: Recovery Services,    PO Box 740804,    Atlanta, GA 30374-0804
20297064   +W.B. Mason Co., Inc.,    59 Centre Street,    Brockton, MA 02301-4075
20297066   +WebsterFive,    10 A Street,    Auburn, MA 01501-2102
20297068   +Windstream,    PO Box 78364,    Atlanta, GA 30357-2364
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +EDI: QDMNICKLESS.COM Apr 02 2019 05:23:00      David M. Nickless,
             Nickless, Phillips and O'Connor,    625 Main Street,    Fitchburg, MA 01420-3496
tr          +EDI: BJRGOLDSMITH.COM Apr 02 2019 05:23:00      Jonathan R. Goldsmith,
             Goldsmith, Katz & Argenio, P.C.,    1350 Main Street,    Suite 1505,
             Springfield, MA 01103-1664
smg         +E-mail/Text: duabankruptcy@detma.org Apr 02 2019 01:29:21       CHIEF COUNSEL, LEGAL DEPARTMENT,
             DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
             19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
```

```
District/off: 0101-4           User: admin              Page 2 of 3                Date Rcvd: Apr 01, 2019
                               Form ID: 309aauto        Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
ust              +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Apr 02 2019 01:29:16      Richard King,
                  Office of US. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
20296998         +EDI: AMEREXPR.COM Apr 02 2019 05:23:00      Amex,   PO Box 297871,
                  Fort Laudersale, FL 33329-7871
20297001         +E-mail/Text: r.morales@avidiabank.com Apr 02 2019 01:29:17      Avidia Bank,   42 Main Street,
                  Hudson, MA 01749-2183
20297003          EDI: BANKAMER.COM Apr 02 2019 05:23:00      Bank of America,   PO Box 982238,
                  El Paso, TX 79998
20297007         +E-mail/Text: robyn.schwartz@bcbsma.com Apr 02 2019 01:29:29      Blue Cross Blue Shield of MA,
                  1 Enterprise Drive,   Quincy, MA 02171
20297004         +EDI: TSYS2.COM Apr 02 2019 05:23:00      Barclays Bank Delaware,   PO Box 8803,
                  Wilmington, DE 19899-8803
20297006         +E-mail/Text: bankruptcies@berkshirebank.com Apr 02 2019 01:29:37      Berkshire Bank,
                  PO Box 1308,   Pittsfield, MA 01202-1308
20297009          EDI: CAPITALONE.COM Apr 02 2019 05:23:00      Capital One,   15000 Capital One Drive,
                  Richmond, VA 23238
20297008         +E-mail/Text: cms-bk@cms-collect.com Apr 02 2019 01:29:15      Capital Management Services, LP,
                  698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
20297010         +E-mail/Text: bankruptcy@cavps.com Apr 02 2019 01:29:24      Cavalry,   PO Box 520,
                  Valhalla, NY 10595-0520
20297011         +E-mail/Text: dl-csgbankruptcy@charter.com Apr 02 2019 01:29:42      Charter Communications,
                  PO Box 60187,   Los Angeles, CA 90060-0187
20297012         +EDI: CHASE.COM Apr 02 2019 05:23:00      Chase Card Services,   P.O. Box 15298,
                  Wilmington, Delaware 19850-5298
20297013         +EDI: CITICORP.COM Apr 02 2019 05:23:00      Citibank, NA/AAdvantage,   PO Box 6500,
                  Sioux Falls, SD 57117-6500
20297017         +EDI: CCS.COM Apr 02 2019 05:23:00      Credit Collection Services,   725 Canton Street,
                  Norwood, MA 02062-2679
20297019         +EDI: NAVIENTFKASMDOE.COM Apr 02 2019 05:23:00      Dept. of Education/Navient,   PO Box 9635,
                  Wilkes Barre, PA 18773-9635
20297020         +EDI: DIRECTV.COM Apr 02 2019 05:23:00      DirecTV,   PO Box 5007,   Carol Stream, IL 60197-5007
20297024         +EDI: FSAE.COM Apr 02 2019 05:23:00      FirstSource Advantage, LLC,   205 Bryant Woods South,
                  Amherst, NY 14228-3609
20297028         +EDI: IIC9.COM Apr 02 2019 05:23:00      IC System,   444 Highway 96 East,   PO Box 64378,
                  St. Paul, MN 55164-0378
20297030          EDI: IRS.COM Apr 02 2019 05:23:00      Internal Revenue Service,   PO Box 7346,
                  Philadelphia, Pennsylvania 19101-7346
20297047         +E-mail/Text: bankruptcy@pb.com Apr 02 2019 01:29:33      Pitney Bowes,   2225 American Drive,
                  Neenah, WI 54956-1005
20297053         +E-mail/Text: dl-csgbankruptcy@charter.com Apr 02 2019 01:29:42      Spectrum,
                  4145 S. Falkenburg Road,   Riverview, FL 33578-8652
20297054          EDI: TDBANKNORTH.COM Apr 02 2019 05:23:00      TD Bank,   PO Box 1377,   Lewiston, ME 04243
20297063         +EDI: VERIZONCOMB.COM Apr 02 2019 05:23:00      Verizon,   PO Box 650584,   Dallas, TX 75265-0584
20297062         +EDI: VERIZONCOMB.COM Apr 02 2019 05:23:00      Verizon,   2401 Mall Drive,
                  North Charleston, SC 29406-6516
20297065         +E-mail/Text: seinhorn@ars-llc.biz Apr 02 2019 01:29:36      Walden University,
                  c/o Ability Recovery Services LLC,   PO Box 4262,   Scranton, PA 18505-6262
20297067         +EDI: WFFC.COM Apr 02 2019 05:23:00      Wells Fargo Bank, NA,   PO Box 14517,
                  Des Moines, IA 50306-3517
                                                                                              TOTAL: 29

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0101-4          User: admin                   Page 3 of 3                Date Rcvd: Apr 01, 2019
                              Form ID: 309aauto             Total Noticed: 82
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
        David M. Nickless    on behalf of Debtor Nassim S. Aoude dnickless@npolegal.com
        Jonathan R. Goldsmith    trusteedocs1@gkalawfirm.com,
         trusteedocs@gkalawfirm.com;rvolpe@gkalawfirm.com;intern@gkalawfirm.com;MA43@ecfcbis.com;mwolohan@gkalawfirm.com
        Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV
                                                                                                   TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nassim S. Aoude** | Social Security number or ITIN | **xxx–xx–1787** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Massachusetts** | Date case filed for chapter | **7    3/26/19** |
| Case number: | **19–40474** | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other document in the case.** Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nassim S. Aoude | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 285 Boston Turnpike<br>Shrewsbury, MA 01545 | |
| 4. | **Debtor's attorney**<br>Name and address | David M. Nickless<br>Nickless, Phillips and O'Connor<br>625 Main Street<br>Fitchburg, MA 01420 | Contact phone (978) 342–4590<br><br>Email: dnickless@npolegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jonathan R. Goldsmith<br>Goldsmith, Katz & Argenio, P.C.<br>1350 Main Street<br>Suite 1505<br>Springfield, MA 01103 | Contact phone 413–747–0700<br><br>Email: trusteedocs1@gkalawfirm.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                                                page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608 | Hours open: Monday–Friday<br>8:30am–5:00pm<br><br>Contact phone 508–770–8900<br><br>Date: 4/1/19 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 1, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Worcester U.S. Trustee Office, 446 Main Street, 1st Floor, Worcester, MA 01608** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/1/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| **11. Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at  www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                                              page **3**