UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) )  Chapter 7, No. 19-40474-CJP ) |
| NASSIM S. AOUDE | ) ) |
| Debtor | ) ) ) |

## APPLICATION FOR ORDER AUTHORIZING TRUSTEE
## TO EMPLOY COUNSEL TO THE TRUSTEE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") in the above-captioned proceedings, and moves this Honorable Court for an Order pursuant to §327(d) of the U.S. Bankruptcy Code ("Code") authorizing him to employ GOLDSMITH, KATZ & ARGENIO, P.C., as Counsel to the Trustee. In support of said Application, the Trustee respectfully represents as follows:

1. That on March 26, 2019, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That on March 27, 2019, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. That, as a result of information procured by the Trustee since his appointment, your Applicant believes that the appointment of counsel is necessary to effectuate the lawful rights and remedies available to the Trustee under the provisions of Title 11 and to fully and properly discharge his fiduciary duties.

4. That the services of counsel are required for, but not limited to, the following purposes:

(a) to review and evaluate certain assets of the Debtor;

(b) to pursue all lawful claims of the estate;

(c) to liquidate assets of the estate;

(d) to employ and supervise professionals employed by the estate; and

(e) to maximize the recovery for creditors of the estate.

5. In order to avoid duplication of effort and to maximize the recovery for the benefit of the estate and the unsecured creditors, your Applicant believes it will be in the best interests of the estate to employ counsel to the Trustee.

6. Your Applicant avers that GOLDSMITH, KATZ & ARGENIO, P.C. is proficient in the knowledge and practice of bankruptcy law and has the experience required to adequately represent the Trustee in this case.

7. On information and belief, no member or associate of GOLDSMITH, KATZ & ARGENIO, P.C. has any other connection with the Debtor, his creditors or any other party in interest.

WHEREFORE, your Applicant prays for the allowance of this Application and for an Order pursuant to §327(d) of the Code authorizing him to employ GOLDSMITH, KATZ & ARGENIO, P.C. as Counsel to the Trustee in this case.

JONATHAN R. GOLDSMITH, TRUSTEE IN
BANKRUPTCY FOR NASSIM S. AOUDE

Dated: 5/21/19

By: */s/ Jonathan R. Goldsmith, Esq.*
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re )<br>)<br>NASSIM S. AOUDE )<br>)<br>Debtor ) | Chapter 7, No. 19-40474-CJP |

## AFFIDAVIT PURSUANT TO FRBP 2014(a) AND MLBR 2014-1

1. I hereby represent that I do not hold or represent any interest adverse to the estate of the above-noted Debtor (11 U.S.C. Section 327). I further represent that no member of my firm holds or represents any interest adverse to the estate.

2. My, and my firm's connections with the Debtor, creditors, or other parties in interest, and their respective attorneys and accountants (Federal Rule of Bankruptcy Procedure 2014(a)) are as follows: None.

3. I hereby represent that I am and each member of my firm is a "disinterested person" (11 U.S.C. Section 327) as that term is defined in 11 U.S.C. Section 101 (14).

4. I hereby represent that neither I nor any member of my firm is disqualified by reason of being a relative of a Judge of the United States Bankruptcy Court for the District of Massachusetts, nor am I or any member of my firm disqualified by reason of being a relative of the United States Trustee for the Districts of Maine, Massachusetts, New Hampshire and Rhode Island (Federal Rule of Bankruptcy Procedure 5002).

5. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case.

6. I have received no retainer in this case.

7. I shall amend this statement immediately upon any learning that: (a) any of the within representations are incorrect; or (b) there is any change of circumstances relating thereto.

8. I have reviewed the provisions of MBLR 2016-1.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 5/21/19

By: _____
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
GOLDSMITH, KATZ & ARGENIO, P.C.
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re     NASSIM S. AOUDE             Debtor | Chapter 7, No. 19-40474-CJP |

**ORDER AUTHORIZING TRUSTEE TO EMPLOY**
**COUNSEL TO THE TRUSTEE**

At _____, in said District, on this \_\_\_\_\_ day of _____, 2019.

Upon the Application of JONATHAN R. GOLDSMITH, Trustee in the above-captioned case, seeking to employ GOLDSMITH, KATZ & ARGENIO, P.C. to act as Counsel to the Trustee pursuant to 11 U.S.C. §327(d), for cause shown, proper notice having been given and no objections being filed, it is hereby

ORDERED that JONATHAN R. GOLDSMITH, Trustee, is hereby authorized to employ GOLDSMITH, KATZ & ARGENIO, P.C., as Counsel to the Trustee in the above-captioned case, with all fees and expenses subject to further Order of this Court.

HONORABLE CHRISTOPHER J. PANOS
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>NASSIM S. AOUDE<br><br>          Debtor | Chapter 7, No. 19-40474-CJP |

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of GOLDSMITH, KATZ & ARGENIO, P.C., 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I served a copy of the within Application upon those parties listed on the attached Exhibit by electronic mail or by mailing, first class mail, postage prepaid, on this __21st__ day of May, 2019:

                                                  */s/ Jonathan R. Goldsmith, Esq.*
                                                  JONATHAN R. GOLDSMITH, ESQ.

Harleysville Worcester Ins. Co.
120 Front Street
Worcester, MA 01608-1408

Nassim S. Aoude
17 Bluegrass Lane
Shrewsbury, MA 01545-4263

Verizon
2401 Mall Drive
North Charleston, SC 29406-6516

Dept. of Education/Navient
PO Box 9635
Wilkes Barre, PA 18773-9635

Travelers
PO Box 26385
Richmond, VA 23260-6385

Citibank, NA/AAdvantage
PO Box 6500
Sioux Falls, SD 57117-6500

Travelers Direct Assignment
c/o Windham Professionals, Inc.
382 Main Street
Salem, NH 03079-2412

Richard King, Esq.
Office of the U.S. Trustee
446 Main St., 14th Fl.
Worcester, MA 01608-2361

Capital One
15000 Capital One Drive
Richmond, VA 23238

Baker, Braverman & Barbadoro, PC
300 Crown Colony Drive, Ste 500
Quincy, MA 02169-0904

Law Office of Davis & Grenier
300 West Main Street A-1
Northborough, MA 01532-2132

Financial Pacific Leasing
3455 S. 344th Way, Ste 300
Federal Way, WA 98001-9546

Nassim S. Aoude
285 Boston Turnpike
Shrewsbury, MA 01545-2635

Bank of America
PO Box 982238
El Paso, TX 79998

Amex
PO Box 297871
Fort Laudersale, FL 33329-7871

UnitedHealthcare
Attn: Recovery Services
PO Box 740804
Atlanta, GA 30374-0804

City of Worcester
Attn: Sandra J. Flynn, Treasurer
City Hall, Room 203
Worcester, MA 01608

Nationwide
Processing Center
PO Box 37712
Philadelphia, PA 19101-5012

Wells Fargo Bank, NA
PO Box 14517
Des Moines, IA 50306-3517

Walden University
c/o Ability Recovery Services
PO Box 4262
Scranton, PA 18505-6262

National Grid
PO Box 960
Northborough, MA 01532-0960

Blue Cross Blue Shield of MA
1 Enterprise Drive
Quincy, MA 02171

Blue Cross and Blue Shield of MA
101 Huntington Avenue
Law Dept. Mail Stop 01 18
Boston, MA 02199-7611

P. Pellegrino Trucking Co., Inc.
PO Box 511
Shrewsbury, MA 01545-0511

Robert L. Pyles, M.D.
367 Worcester Street
Wellesley Hills, MA 02481-5346

MA Dept. of Revenue
Tax Division
200 Arlington St., Rm 4300
Chelsea, MA 02150-2331

Windstream
PO Box 78364
Atlanta, GA 30357-2364

Jackson Lewis, PC
PO Box 416019
Boston, MA 02241-6019

Avidia Bank
42 Main Street
Hudson, MA 01749-2183

MA DUA
Charles F. Hurley Building
19 Staniford Street
Boston, MA 02114-2502

David M. Nickless, Esq.
Nickless, Phillips & O'Connor
625 Main Street
Fitchburg, MA 01420-3496

US Small Business Administration
409 3rd Street, SW
Wahington, DC 20418-0001

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Aflac
1932 Wynnton Road
Columbus, GA 31999-0002

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

WebsterFive
10 A Street
Auburn, MA 01501-2102

Chase Card Services P.O. Box 15298
PO Box 15298
Wilmington, DE 19850

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285