UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, No. 19-40474-CJP |
|  | ) |  |
| NASSIM S. AOUDE | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

## MOTION TO EXTEND DEADLINE TO
## OBJECT TO DEBTOR'S EXEMPTIONS AND DISCHARGE

Now comes JONATHAN R. GOLDSMITH, the duly appointed, qualified and acting Trustee in the above-captioned case ("Trustee"), and he does hereby request an extension of the deadline to file objections to the Debtor's claims of Exemption and Discharge. In support of this Motion, the Trustee respectfully represents that:

1. On March 26, 2019, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. On March 27, 2019, JONATHAN R. GOLDSMITH accepted the appointment as Chapter 7 Trustee for the above-entitled estate.

3. The Section 341 Meeting of Creditors in this case was originally scheduled for May 1, 2019. Pursuant to a request from Debtor's counsel the 341 Meeting was rescheduled and convened on May 15, 2019.

4. The Trustee states that additional time is needed so that he can continue his investigation into the Debtor's assets and exemptions.

5. As a result, the Trustee hereby requests an extension of the deadline for filing objections to the Debtor's claims of Exemption and Discharge until November 8, 2019.

[Margin annotation, left side: 09/17/2019 ALLOWED. NO OBJECTIONS FILED. THE DEADLINE FOR THE TRUSTEE TO OBJECT TO THE DEBTOR'S CLAIMS OF EXEMPTION AND DISCHARGE IS HEREBY EXTENDED TO NOVEMBER 8, 2019.] [Judge's signature]